

# STEVEN J. MOSER, P.C.

STEVEN J. MOSER, ESQ.  
D. PHUONG NGUYEN, ESQ. ▲

▲ Admitted NY & MA

WORKERS' RIGHTS ATTORNEYS

3 SCHOOL STREET, SUITE 207B

GLEN COVE, NEW YORK  11542

TEL (516) 671.1150  
FAX (516) 882-5420

January 11, 2016

**VIA ECF**

Hon. Arlene Rosario Lindsay, USMJ  
United States District Court  
Eastern District of New York  
100 Federal Plaza  
Central Islip, NY  11722

RE: *Zavala v. CNP, Inc.,* **15-cv-03406 (DRH)(ARL)**  
<u>Our File No. 14-0114</u>

Dear Judge Lindsay:

     I represent the Plaintiffs in the above captioned matter.  The parties have conferred and agree to all of the the dates set forth in the proposed scheduling order (ECF Doc. 21-1).  Therefore, we request that the initial conference scheduled for January 13, 2016 at 2:00 PM be cancelled.

                           Respectfully Submitted,

                           /s/

                           Steven John Moser

CC:    Cynthia Augello, Esq. (VIA ECF)

        Via US Mail:

        Peconic Restaurant Group Holdings, LLC  
        77 Route 111  
        Smithtown, NY  11787

        Thomas Lano  
        70 Hampton Road  
        West Babylon, NY  11704