

# MOSER LAW FIRM, P.C.

STEVEN J. MOSER, ESQ.     3 SCHOOL STREET, SUITE 207B     TEL (516) 671.1150
smoser@moseremploymentlaw.com     GLEN COVE, NEW YORK 11542     FAX (516) 882-5420

October 15, 2018

Hon. Arlene R. Lindsay, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Acosta-Lopez et al v. CNP, INC., et al.*, 15-cv-3406 (ARL)

Dear Judge Lindsay:

     I represent the Plaintiffs in the above reference matter. Today Gerard Fishberg, counsel for the Defendants, advised me that he is in possession of a check which will be mailed today. Therefore, Plaintiffs request that the motion conference scheduled for October 17, 2018 be adjourned *sine die*. We will withdraw the motion upon receipt of the check. .

                                                Respectfully submitted,

                                                Steven John Moser